IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AFFILIATED COMPUTER SERVICES, INC., | § § § |
| Plaintiff-counterdefendant, | § § § |
| VS. | § Civil Action No. 3:06-CV-1770-D § § |
| WILMINGTON TRUST COMPANY, solely in its capacity as Indenture Trustee on behalf of all Holders of Affiliated Computer Services Inc.'s 5.20% Senior Notes Due 2015 and all Holders of Affiliated Computer Services Inc.'s 4.70% Senior Notes Due 2010, | § § § § § § § § § § § |
| Defendant-counterplaintiff. | § § |

**JUDGMENT**

For the reasons set out in a memorandum opinion and order filed today, it is ordered and adjudged as follows. The court declares that plaintiff-counterdefendant Affiliated Computer Services ("ACS") is not in breach of § 4.03(a) of the Indenture agreement entered into between ACS and the Bank of New York Trust Company on June 6, 2005.

The counterclaim of defendant-counterplaintiff Wilmington Trust Company ("Wilmington") is dismissed with prejudice.

ACS's taxable costs of court, as calculated by the clerk of court, are assessed against Wilmington.

Done at Dallas, Texas February 12, 2008.

                                        _____
                                        SIDNEY A. FITZWATER
                                        CHIEF JUDGE