# UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
April 16, 2009

No. 08-10235

Charles R. Fulbruge III
Clerk

D.C. Docket No. 3:06-CV-1770

AFFILIATED COMPUTER SERVICES INC

    Plaintiff - Appellee

v.

WILMINGTON TRUST COMPANY, solely in its capacity as Indenture Trustee on behalf of all Holders of Affiliated Computer Services Incs's 5.20% Senior Notes Due 2015 and all Holders of Affiliated Computer Services Inc's 4.70% Senior Notes Due 2010

    Defendant - Appellant


Appeal from the United States District Court for the Northern District of Texas at Dallas

Before JONES, Chief Judge, WIENER and STEWART, Circuit Judges.

### JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that defendant-appellant pay to plaintiff-appellee the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE:

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: ⟨signature⟩
    Deputy

New Orleans, Louisiana

## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. (504) 310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130
www.ca5.uscourts.gov

May 08, 2009

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 14A20
Dallas, TX 75242



No. 08-10235, Affiliated Computer v. Wilmington Trust Co
    USDC No. 3:06-CV-1770

Enclosed, for the United States District Court for the Northern District of Texas at Dallas only, is a copy of the judgment issued as the mandate.

The electronic copy of the record has been recycled.

                            Sincerely,

                            CHARLES R. FULBRUGE III, Clerk

                            By: _____
                            Gina Randazzo Martin, Deputy Clerk
                            504-310-7687

cc: (letter only)
    Honorable Sidney A. Fitzwater
    Mr. Wallis M Hampton
    Mr. Jeff I Ross
    Mr. Todd M Tippett

P.S. to Judge Fitzwater: A copy of the opinion was sent to your office via email the day it was filed.

MDT-1